**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DIABLOSPORT, LLC,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-312-Orl-31DAB**

**GRANATELLI MOTOR SPORTS, INC.,**

          **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:  MOTION TO COMPEL (Doc. No. 58)**
>
> **FILED:      September 2, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED, to the extent not moot**.

As Defendant has supplemented its discovery responses (Doc. No. 61) since the filing of the motion, the only issue remaining appears to be Defendant's refusal to answer interrogatories or produce documents reflecting its business relationships with other vendors of the product, based on an asserted concern that the identity of its vendors remain confidential in order to avoid "harassment" or a business disadvantage.  Defendant argues that the only relevant information is the amount of sales, and offers to produce sales records (with names redacted) in lieu of the requested documents. The Court overrules the objection. The requested information is relevant and discoverable, and the

existing confidentiality agreement between the parties (Doc. No. 58, attachment 1) offers adequate protection.[1]  Defendant is **ordered** to answer the Interrogatories and produce the requested documents, both with appropriate designations and reference pursuant to the Confidentiality Agreement, within 11 days of the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1]The Confidentiality Agreement provides that confidential information is to be used solely for the purposes of this litigation, and includes a provision with respect to designating documents as "confidential--attorney's eyes only." The Court declines to presume that Plaintiff's counsel and/or Plaintiff will breach the Confidentiality Agreement and use the information for improper purposes.